UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **TUE DINH TRUONG #A061-387-633,** | **CIVIL DOCKET NO. 1:24-CV-00397 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **U S IMMIGRATION & CUSTOMS ENFORCEMENT** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 5), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

THUS DONE AND SIGNED in Chambers on this 24th day of June, 2024.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**